MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

J. MARK KANG (NYBN 4033999)
Special Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7050
    Facsimile: (415) 436-7234
    E-Mail: Mark.Kang@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR12-0630 CRB |
|     Plaintiff, ) | |
|     v. ) | STIPULATION AND [~~PROPOSED~~] ORDER EXCLUDING TIME UNDER 18 U.S.C. § 3161 |
| NELSON LARA RIVIERA, ) | |
|     a/k/a Nelson Lara, ) | |
|     a/k/a Nelson Riviera, ) | |
|     a/k/a Nelson Lara Rivera, ) | |
|     Defendant. ) | |

    On August 27, 2012, the parties in this case appeared before the court, for a detention hearing. At that time, the defendant waived his detention hearing without prejudice, and the matter was scheduled for an initial appearance before the district court on September 5, 2012. The parties have agreed to exclude the period of time between August 27, 2012 and September 5, 2012 from any time limits applicable under 18 U.S.C. § 3161. The parties represented that granting the exclusion would allow the reasonable time necessary for effective preparation of counsel. See 18 U.S.C. § 3161(h)(7)(B)(iv). The parties also agree that the ends of justice served by granting such an exclusion of time outweigh the best interests of the public and the

STIPULATION & [PROPOSED] ORDER EXCLUDING TIME
CR12-0630 CRB

1  defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).  At the hearing, the court made findings
2  consistent with this agreement.  SO STIPULATED:

                                    MELINDA HAAG
                                    United States Attorney


6  DATED: August 27, 2012            _____/s/_____
                                    J. MARK KANG
7                                    Special Assistant United States Attorney


9  DATED: August 27, 2012            _____/s/_____
                                    JODI LINKER
10                                   Attorney for NELSON LARA RIVIERA

STIPULATION & [PROPOSED] ORDER EXCLUDING TIME
CR12-0630 CRB

[PROPOSED] ORDER

For the reasons stated above and at the August 27, 2012 hearing, the court finds that the exclusion from the time limits applicable under 18 U.S.C. § 3161 of the period from August 27, 2012 and September 4, 2012 is warranted and that the ends of justice outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). Denying the requested exclusion of time would deprive the parties of the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).

IT IS SO ORDERED.

DATED: Aug 28, 2012

THE HONORABLE ELIZABETH D. LAPORTE
United States Magistrate Judge

STIPULATION & [PROPOSED] ORDER EXCLUDING TIME
CR12-0630 CRB